**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

**In re:**

**Case No: 16-26436-RAM**
Chapter 7

Lester Celestino Allen

Debtor /

**JONATHAN SHARON'S**

**REQUEST FOR BANKRUPTCY NOTICE**

JULIA KEFALINOS, ESQUIRE of LAW OFFICE OF JULIA KEFALINOS, P.A. Counsel for Jonathan Sharon, a creditor in the above entitled bankruptcy case, hereby requests that all matters which must be noticed to creditors, and creditors' committees, and any other parties-in-interest, whether sent by the Court, the debtor or any other party in the case, be sent to the undersigned; and requests that the following be added to the Court's Master Mailing List:

JONATHAN SHARON
c/o Julia Kefalinos, Esquire
LAW OFFICE OF JULIA KEFALINOS, P.A.
2121 SW 3rd Avenue, Suite 600
Miami, FL 33129
Telephone: 305-856-2713

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Request for Bankruptcy Notice was furnished to Lester Celestino Allen via US MAIL at 2000 N Bayshore Dr., #1610, FL 33137, and to Trustee Barry E Mukamal and the U.S. Trustee via the e-portal.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with the additional qualifications to practice in this court set forth I Local Rule 2090-1(A).

Respectfully submitted,

**LAW OFFICE OF JULIA KEFALINOS, P.A.**
**Attorney for Jonathan Sharon**
2121 SW Third Avenue, Suite 600
Miami, Florida 33129
Telephone: 305-856-2713
Cellular: 786-351-3954
Email: juliakefalinos@bellsouth.net

By: /s/
**JULIA KEFALINOS, ESQ.**
FBN: 877832